1527268_1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCENE KOSCHAK DUNN, an individual, and PATRICIA POCRATSKY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> POWEREX, INC., a corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 09-726 <br><br> Judge Gary L. Lancaster <br><br> **ELECTRONIC FILING** |

## ORDER OF COURT

AND NOW, this 11th day of Feb_____, 2010, pursuant to the joint request of the parties, IT IS ORDERED that Civil Action No. 09-0726 is hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

_____
United States District Judge